# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary A. Tangle*

United States Register of Copyrights and Director

**Registration Number**

**VAu 1-364-773**

**Effective Date of Registration:**
February 23, 2019

## Title

**Title of Work:** Silicon Valley - NatGeo - 1-7446859471

## Completion/Publication

**Year of Completion:** 2018

## Author

- **Author:** Bruce Cameron Davidson
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1955

## Copyright Claimant

**Copyright Claimant:** Bruce Cameron Davidson
399 Tennessee Avenue, Alexandria, VA, 22305, United States

## Rights and Permissions

**Name:** Bruce Cameron Davidson
**Email:** cameron@camerondavidson.com
**Telephone:** (703)625-6890
**Alt. Telephone:** (703)845-0547
**Address:** 399 Tennessee Avenue
Alexandria, VA 22305 United States

## Certification

**Name:** Bruce Cameron Davidson