USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/4/2025__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BRUCE CAMERON DAVIDSON,

                    Plaintiff,

v.

925 LLC dba 9TO5 MAC,

                    Defendant.

**CASE NO.: 7:23-cv-09891**

**ORDER TO AMEND CAPTION**

WHEREAS, Defendant 925 LLC dba 9to5 Mac has informed the Court it does not use the dba 9to5 Mac;

WHEREAS, www.9to5mac.com is one website domain operated by 925 LLC;

WHEREAS, the Parties wish to amend the case caption to reflect "925 LLC" as the correct legal entity;

**IT IS THEREFORE STIPULATED AND AGREED**, by and between the Parties, that the caption of this action be amended as set forth below, to replace "925 LLC dba 9to5Mac" with "925 LLC" as Defendant.

**IT IS HEREBY ORDERED** that Plaintiff shall file an amended complaint containing the amended caption on or before February 11, 2025.

Dated: February 4, 2025
          White Plains, New York

_____
HONORABLE NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE