UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

Bruce Cameron Davidson,

                              Plaintiff,

      -against-

925 LLC,

                              Defendant.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

4/14/2025

**23-cv-09891-NSR-VR**

**ORDER RE STATUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **June 3, 2025 at 10:30 a.m.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the status of discovery, their anticipated next steps, and any issues.

**SO ORDERED.**

DATED:    White Plains, New York

April 14, 2025

                                                          _____

                                                           VICTORIA REZNIK

                                                           United States Magistrate Judge